September 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SABA ZI EXPLORATION, LP, Appellant

NO. 14-13-00325-CV                    V.

LANE VAUGHN, TERRY SELLAND, AND FORT PECK OIL & GAS, L.L.C.,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Lane Vaughn, Terry Selland, and Fort Peck Oil & Gas, L.L.C., signed, March 15, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to change the amount of the overriding royalty interest to be assigned from 1.64% to .82%.

We order the judgment of the court below **AFFIRMED** as modified in this judgment.

We order appellees, Lane Vaughn, Terry Selland, and Fort Peck Oil & Gas, L.L.C., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.